IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

BRYAN RODGERS                                                                    PLAINTIFF

v.                                      No. 4:23-cv-278-DPM

BROCKMAN, Sgt., Faulkner
County Detention Center;
HUFFMAN, Captain, Faulkner
County Detention Center;  SCOTT,
Lt., Faulkner County Detention
Center;  TIM RYALS;  and DOES,
Captain, "John" and "Jane,"
Faulkner County Detention Center                                              DEFENDANTS

## ORDER

**1.**     The Court withdraws the reference.

**2.**     Rodgers hasn't paid the $402 administrative and filing fee or filed an application to proceed *in forma pauperis*; and the time to do so has passed. *Doc. 2.* His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

- 2 -

So Ordered.

*DPMarshall Jr.*

D.P. Marshall Jr.
United States District Judge

<u>24 May 2023</u>